UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA         :        Docket No. 19 CR 931 (WHP)

     -against-                           :

**Shaquillle Perkins,**                    :

     Defendant.                          :

------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

     The trial is re-scheduled to May 18, 2020. A final pretrial conference is scheduled for May 14, 2020 at 3:30 p.m. The replies to motions in limine are due by May 4, 2020. A Joint Request to Charge is due by May 6, 2020 along with any individual voir dire unique to the case.

Dated: March 17, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.