# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 5, 2020

*VIA ECF*
Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Shaquille Perkins*, 19 CR 705 (WHP)

Dear Judge Pauley:

With the consent of the government and Pretrial Services, I write to seek a modification to Mr. Perkins's bail conditions. Mr. Perkins currently is subject to home incarceration. We seek a one-time, 4-hour period of leave from home incarceration to be set at Pretrial Service's discretion so that Mr. Perkins can retrieve and cash his stimulus check.

Thank you for your consideration of this application and I hope you and your family are remaining safe.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc: AUSA Kevin Sullivan (via ECF)
   USPTO Joshua Rothman (via email)

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

May 5, 2020