```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            : Order Excluding Time
                                    :
    v.                              : 19 Cr. 705 (WHP)
                                    :
SHAQUILLE PERKINS,                  :
                                    :
    Defendant.                      :
                                    :
- - - - - - - - - - - - - - - - - - x
```

The Court has received a request by GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, by Assistant United States Attorney Kevin Sullivan, requesting that the time period from May 18, 2020, the date of the previously scheduled trial, to October 5, 2020, the date of the newly scheduled trial, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A), and the District Court's Standing Order Relating to the Extension of Time Under the Speedy Trial Act, In re Coronavirus/COVID-19 Pandemic, No. M-10-468 (CM), dated April 20, 2020 (Dkt. 197).  The Government seeks the exclusion of the foregoing period in the interest of justice permit additional time for the current public health crisis to resolve, for the parties to prepare for trial, and for the Court to assemble a venire panel for jury selection.  Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the time between May 18, 2020, and October 5, 2020, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A), and the District Court's Standing Order Relating to the Extension of Time Under the Speedy Trial Act, <u>In re Coronavirus/COVID-19 Pandemic</u>, No. M-10-468 (CM), dated April 20, 2020 (Dkt. 197). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

This Court also finds that it is unlikely that a venire can be summoned any sooner than the scheduled trial date of October 5, 2020.

Dated: New York, NY
June 11, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.