UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                       :        19 Cr. 705 (WHP)

Shaquille Perkins,                                      :        ORDER
                         Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        A teleconference is scheduled for June 18, 2020 at 3:00 p.m.  The dial in number is 888-363-4749 and the passcode is 3070580.

Dated: June 17, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.