UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                      :        19 Cr. 705 (WHP)

Shaquille Perkins,                                     :        <u>ORDER</u>
                             Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The jury trial is now scheduled for October 5, 2020. A final pretrial conference is scheduled for September 23, 2020 at 10:30 a.m. The replies to the motions in limine are due by September 11, 2020. A Joint Request to Charge is due by September 16, 2020 along with any voir dire unique to the case.

Dated:  June 22, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.