UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-                                       :       19 Cr. 705 (WHP)

Shaquille Perkins,                                        :       ORDER
                       Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        A teleconference is scheduled for August 11, 2020 at 3:30 p.m. The dial in number is 888-363-4749 and the passcode is 3070580.

Dated:  August 4, 2020
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.