UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                        :

        -against-                                          :          19 Cr. 705 (WHP)

Shaquille Perkins,                                       :          SCHEDULING ORDER

                       Defendant.              :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        Jury selection and trial is scheduled to October 28, 2020.  Reply papers on the motions in limine are due by October 1, 2020.  A Joint Request to Charge is due by October 13, 2020 along with any individual voir dire unique to the case.  A final pretrial conference will be scheduled shortly before the trial.

Dated: September 15, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.