```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :         ORDER
                                        :
                                        :
   Shaquille Perkins                    :         19cr705(JSR)
                                        :         _____
                                        :         Docket #
----------------------------------------x
```

<u>Hon. Jed S. Rakoff, U.S.</u>, **DISTRICT JUDGE**:
　　Judge's Name

The C.J.A. attorney assigned to this case

<u>Jennifer Brown</u> is hereby ordered substituted
　Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>Inga Parsons</u>, NUNC-PRO-TUNC _____.

　　　　　　　　　　　　　Attorney's Name

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:   New York, New York    10/08/2020