UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO.1: 19-705 (JSR) |
| | ) | |
| SHAQUILLE PERKINS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER having come before this Court on the Stipulation of the parties, the Defendant, Shaquille Perkins, by and through appointed counsel, Inga L. Parsons, and the government, by and through AUSA Kevin Sullivan, and with the approval of the United States Pretrial Services Officer, Joshua Rothman, and finding good cause therein, it is hereby

ORDERED that the Defendant's bail conditions shall be modified from home incarceration to home detention for the purposes of allowing Mr. Perkins to attend employment interviews and to work should he obtain employment on the condition that he obtain permission in advance of any job interview and/or employment from his pretrial officer and follow all requirements and conditions set by his pretrial officer with respect to attending interviews and job attendance; and it is

FURTHER ORDERED that all other bail conditions shall remain in place and binding.

SO ORDERED this 22nd day of October:

Hon. Jed S. Rakoff, USDJ

1