UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO.1: 19-705 (JSR) |
| ) | |
| SHAQUILLE PERKINS ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER ON DEFENDANT'S CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

THIS MATTER having come before this Court on Defendant's Consent Motion to Modify Conditions of Release, by and through appointed counsel, Inga L. Parsons, and with the consent of the government by AUSA Kevin Sullivan, and finding good cause therein, it is hereby

ORDERED: that Mr. Perkins' conditions of release are modified so that his home address shall now be: 410 East 203 Street, Apt. #2C, Bronx, NY 10467.

SO ORDERED this __6th__ day of April 2021.

_____
Hon. Jed S. Rakoff
U.S.D.J.

1